UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George Tsiatsios

    v.                      Civil Action No. 07-cv-03-JM

Anheuser-Busch, Inc.

## O R D E R

    Defendant's motion seeks Rule 37 sanctions. Defendant has not had an opportunity to respond. Nevertheless, defendant is clearly entitled at this time to partial relief. The discovery deadline is extended to permit the deposition after the documents ordered produced are provided. Additional sanctions will be considered after plaintiff's response.

    The motion (document no. 18) is granted in part and deferred in part.

    **SO ORDERED.**

                                        _____
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: October 29, 2007

cc:  Michael J. Sheehan, Esq.
     Arthur G. Telegen, Esq.
     Lawrence S. Smith, Esq.