UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>George Tsiatsios</u>

     v.                     Civil No. 07-cv-03-JL

<u>Anheuser Busch, Inc.</u>


<u>ORDER</u>

**<u>Re: Document No. 18, Emergency MOTION to Dismiss</u>**

Defendant's motion is CONDITIONALLY granted.  The case will be dismissed with prejudice pursuant to Rules 37, 41, and Local Rule 7.1(b), effective January 29, 2008 unless an objection to defendant's Emergency Motion to Dismiss is filed by January 28, 2008.  No such objection by the plaintiff will be entertained by the Court unless plaintiff's counsel certifies in the objection that plaintiff has fully complied with the Court's order compelling responses to the defendant's document requests, and that the plaintiff's deposition has or will be conducted on or before January 31, 2008.  Documents satisfying the court's motion to compel, to permit defendant's counsel to prepare for the plaintiff's deposition, must be received by defense counsel no less than 72 hours prior to the time of the deposition. The Court reserves the right to dismiss the case with prejudice even if the conditions set forth in this order are met.


Date:  01/21/08               ***/s/Joseph N. LaPlante***
                                  Joseph N. LaPlante
                                  United States District Judge


cc:  Michael J. Sheehan, Esq.
     Arthur G. Telegen, Esq.
     Lawrence S. Smith, Esq.