UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


George Tsiatsios

    v.                            Civil No. 07-cv-00003-JL

Anheuser Busch, Inc.


**O R D E R**


The defendant's emergency motion to dismiss is denied, very reluctantly, without prejudice. The plaintiff is cautioned that any further intransigence or lack of cooperation with respect to discovery issues will result in the dismissal of the case.

The following deadlines are hereby imposed:

- plaintiff's deposition -- **April 1, 2008**;

    defendant's dispositive motions -- **April 30, 2008**

- trial -- on or after **October, 2008**

The plaintiff shall pay the defendant's litigation costs and fees associated with plaintiff's failure to provide timely discovery beginning with the filing of the defendant's May 21, 2007 Motion to Compel Initial Disclosures through March 5, 2008. Defendant's counsel shall file an accounting of the costs and fees in question for review and approval by the court.

**SO ORDERED.**

_/s/ Joe Laplante_
_____
Joseph N. Laplante
United States District Judge

March 5, 2008

cc:  Michael J. Sheehan, Esq.
     Lawrence S. Smith, Esq.
     Arthur G. Telegen, Esq.